# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| VINCENT M., <br><br>　　Plaintiff, <br><br>　　　v. <br><br>LELAND DUDEK, Acting Commissioner of Social Security, <br><br>　　Defendant. | Case No. ED CV 25-00466-DFM <br><br> JUDGMENT |

　　In accordance with the Memorandum Opinion and Order filed herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this matter is dismissed with prejudice.

Date: September 29, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS F. McCORMICK
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge